UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WASTE ACTION PROJECT,

          Plaintiff,

v.

QUIGG BROTHERS INC,

          Defendant.

CASE NO. C12-5102 BHS

ORDER AMENDING CASE SCHEDULE

This matter comes before the Court on the Parties Agreed Motion to Amend the Case Schedule (Dkt. 13). The Court has considered the motion, all other pleadings, and the remainder of the file. The Court finds good cause exists to amend the case schedule. Therefore, the Court hereby **ORDERS** the case schedule be amended as follows:

| Event | Existing Deadline | Amended Deadline |
| --- | --- | --- |
| Expert Disclosure/Reports | 11/19/2012 | 12/6/2012 |
| Rebuttal Expert Disclosure/Report | 12/19/2012 | 1/7/2013 |
| Discovery Motions | 12/31/2012 | 1/24/2013 |

ORDER - 1

| | | | |
|---|---|---|---|
| 1 | Discovery Completed by | 1/28/2013 | 2/17/2013 |
| 2 | Dispositive Motions | 2/27/2013 | 3/7/2013 |

The other dates listed in the Court's prior scheduling order remain the same.

Dated this 2nd day of November, 2012.

BENJAMIN H. SETTLE
United States District Judge